# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERICO CORNEJO FARIAS,<br><br>　　　　　　　　Defendant. | CASE NO. 14CR0435-JLS<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the motion of the Government for dismissal, with prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Information:

　　　21:952 and 960 - Importation of Marijuana

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 25, 2015



David H. Bartick
U.S. Magistrate Judge

FILED
JUN 25 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY